UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES E. MCCLAIN, II, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:20-CV-00328-JRG-DCP ) |
| TIM GUIDER, CAPTAIN KEENER, CORPORAL MARTIN, INVESTIGATOR KENTNER, CODY FRITZ, and CORPORAL CATHY, | ) ) ) ) ) |
| Defendants. | ) ) |

## **JUDGMENT ORDER**

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, Plaintiff's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close this case.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *John L. Medearis*
District Court Clerk